Name, Prisoner ID #: PAUL EVERLY 185359 #

SSN: ~~417~~ ~~~~ 2958

Address: 8607 SE. FLOWERMOUND RD.
LAWTON, OKLA. 73501

FILED
JAN 1 4 2019
Mark C. McCartt, Clerk
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

PAUL EVERLY "PRO-SE", Plaintiff(s)
(Full Name)

v. WASHINGTON COUNTY "ET-AL"
CURTIS DELAPP "ET-AL", Defendant(s)
KEVIN BUCHANON "ET-AL"

CASE NO. 19 CV 023 CVE - JFJ
(To be supplied by the Clerk)

CIVIL RIGHTS COMPLAINT
PURSUANT TO 42 U.S.C. § 1983

A. PARTIES

1) PAUL EVERLY PRO-SE, is a citizen of OKLAHOMA
   (Plaintiff)                                    (State)
   who presently resides at LCF, 8607 SE FLOWERMOUND RD.
   (mailing address or place of confinement)
   LAWTON, OKLA 73501

2) Defendant CURTIS DELAPP is a citizen of
   (Name of first defendant)
   BARTLESVILLE, OKLA.                  , and is employed
   (City, State)
   as DISTRICT JUDGE FOR WASHINGTON COUNTY
   (Position and title, if any)

   At the time the claim(s) alleged in this complaint arose, was this defendant acting under color of state law? Yes ☒ No ☐
   If your answer is "Yes", briefly explain:

CURTIS DELAPP WAS EMPLOYED BY WASHINGTON COUNTY AS THE DISTRICT JUDGE BEFORE HE WAS FORCED TO RESIGN, AND CHARGED WITH VOTING FRAUD, ABUSIVE POWER, ABUSIVE FORCE, AND EXCESSIVE SENTENCING. WASHINGTON CO. IS RESPONSIBLE FOR THIER EMPLOYEES ACTIONS, UNDER THE COLOR OF LAW.

complaint.cr (5/30/97)                                    PURSUANT TO RCP RULE 84
                    Page 1 of 6

3) Defendant **Kevin Buchanon** is a citizen of
   (Name of second defendant)
   **Bartlesville, OKLA.**, and is employed
   (City, State)
   as **District Attorney for Washington County**
   (Position and title, if any)

At the time the claim(s) alleged in this complaint arose, was this defendant acting under color of state law? Yes ☒ No ☐

If your answer is "Yes", briefly explain:

Kevin Buchanon is employed as the District Attorney for Washington County. The County is responsible for their employees actions, under the color of law.

[You may attach one additional page (8½" x 11") to furnish the above information for additional defendants.]

### B. JURISTICTION

1) Jurisdiction is asserted pursuant to: (Check one)

   ☒ 42 U.S.C. § 1983

   ☐ *Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics.*
   403 U.S. 388 (1971) and 28 U.S.C. § 1331 (applies to fed. prisoners)

2) Jurisdiction also in invoked pursuant to 28 U.S.C. § 1343(a)(3). (If you wish to assert jurisdiction under different or additional statutes, you may list them below.)

   ?

### C. NATURE OF THE CASE

1) Briefly state the background of your case. My civil rights were violated by the defendents because they denied me Due-process, Conflict of Intrest, and Neglagence by Illegaly Elected Officals.

### D. CAUSE OF ACTION

1) I allege that the following of my constitutional rights, privileges or immunities have been violated and that the following facts form the basis for my allegations: (If necessary you may attach up to two additional pages (8½" x 11") to explain any allegation or to list additional supporting facts.

   a) (1) Count I: **14th Admendment Violations By Illegaly Elected Officals Violations.**

(2) Supporting Facts: (Include all facts you consider important, including names of persons involved, places and date. Describe exactly how each defendant is involved. State the facts clearly in your own words without citing legal authority or argument.) I HAD RIGHTS TO AN ALLOCATION HEARING, AS WELL AS AN EVEDENTUARY HEARING THAT WAS DENIED BY THE DEFENDENTS. THIS WAS RULED ON AND AGREED TO BY THE ATTORNEY GENERAL, THE FEDERAL JUDGE, AS WELL AS THE OKLAHOMA BAR ASSOCIATION IN MY APPEAL THAT WAS FILED IN THE COURT OF CRIMINAL APPEALS. THEY ALL AGREED THAT MY CIVIL RIGHT WERE HIGHLY VIOLATED.

b) (1) Count II: CONFLICT OF INTREST BY ILLEGALY ELECTED OFFICALS VIOLATIONS

(2) Supporting Facts: (Include all facts you consider important, including names of persons involved, places and dates. Describe exactly how each defendant is involved. State the facts clearly in your own words without citing legal authority or argument.) KEVIN BUCHANON WAS MY PAID ATTORNEY THAT REPRESENTED ME, HE GOT ME 5-YEARS IN PRISON AND 15-YEARS SUSPENDED SENTENCE, THEN LATER HE BECAME THE DISTRICT ATTORNEY AND REVOCATED THE 15-YEARS THAT WAS SUSPENDED. ALLSO, CURTIS DELAPP WAS THE DISTRICT ATTORNEY BACK THEN THAT PROCECUTED ME, THEN HE LATER BECAME THE DISTRICT JUDGE AND REVOCATED THE 15-YEARS THAT WAS SUSPENDED. COURT OF APPEALS ALLSO AGREED THAT THIS WAS CONFLICT OF INTREST.

c) (1) Count III: NEGLAGENCE VIOLATIONS

(2) Supporting Facts: (Include all facts you consider important, including names of persons involved, places and dates. Describe exactly how each defendant is involved. State the facts clearly in your own words without citing legal authority or argument.) THE COURT CLERKS FOR WASHINGTON COUNTY FAILED THIER RESPONSIBILITY TO ENSURE THAT CONFLICT OF INTREST DOESNT HAPPEN THE SAME WAY THAT IT DID IN MY CASE. THE COURT OF APPEALS, AS WELL AS THE BAR ASSOCIATION, HAS AGREED THAT MY CIVIL RIGHTS WERE VIOLATED BY THE DEFENDENTS IN ALL-3 COUNTS THATS FILED IN THIS CIVIL SUIT BY ILLEGALY ELECTED OFFICALS

E.  **PREVIOUS LAWSUITS AND ADMINISTRATIVE RELIEF**

1) Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to the conditions of your imprisonment? Yes ☐ No ☒

   If your answer Is "Yes", describe each lawsuit. *[If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same format on a blank sheet of paper which you should label "E. PREVIOUSLY LAWSUITS AND ADMINISTRATIVE RELIEF."]*

   a) Parties to previous lawsuit:

   Plaintiffs: ~~[redacted]~~ MY APPEAL IN COURT OF APPEALS

   Defendants: THAT WAS AGREED TO IN FAVOR OF

   b) Name and Location of Court and docket number: THE PlAiTiFFS, THAT MY CiViL RiGhTS WERE IN FACT VioLateD,

   c) Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?) NO CiViL SuiTS HAS BEEN FiLeD IN

   d) Issues raised: FeDeRAL CouRT BEFORE ThiS

   e) Approximate date of filing lawsuit: ~~[redacted]~~ 42-USC § 1983

   f) Approximate date of disposition: _____

2) I have previously sought informal or formal relief from the appropriate administrative officials regarding the acts complained of in Part C. Yes ☒ No ☐ If your answer is "Yes", briefly describe how relief was sought and the results. If tour answer is "No", briefly explain why administrative relief was not sought. SeNee THE APPEAL, THE DEFENDENT CURTIS DelApp WAS FoRCeD TO ResigN, AND ChaRgeD WiTH (VoTiNg FRAUD) ABusiVe PoweR, ABusiVe FoRCE, AS well AS ExCessiVe SeNTeNCiNg. Thus BeiNg AN ILLegALy ELECTED OFFICIAL.

3) I have exhausted available administrative remedies. Yes ☒ No ☐

   If your answer Is "Yes", briefly explain the steps taken. Attach proof of exhaustion. If your answer is "No", briefly explain why administrative remedies were not exhausted.

   ALL Remedies HAs beeN exhuLSTED ALL The WAy TO THE CouRT OF CRiMiNAL APPEALS, "CiViL AcTioN" is The NexT PROPER Remedies.

F.  **PREVIOUSLY DISMISSED ACTIONS OR APPEALS**

1) If you are proceeding under 28 U.S.C. § 1915, please list each civil action or appeal you have brought in a court of the United States, while you were incarcerated or detained in any facility, that was dismissed as frivolous, malicious, or for failure to state a claim upon which relief may be granted. Please describe each civil action or appeal. *[If there is more than one civil action or appeal, describe the additional civil actions or appeals using this same format on a blank sheet of paper which you should label "F. PREVIOUSLY DISMISSED ACTIONS OR APPEALS."]*

   a) Parties to previous lawsuit: (SEE SectioN E ABOVE)

Plaintiffs: AN APPEAL WAS RULED IN FAVOR OF THE PLAINTIFF BY COURT OF APPEALS, AS WELL AS THE BAR ASSOCIATIONS.

Defendants: _____

b) Name and Location of Court and docket number: NOW CIVIL ACTION IS PROPER WAY TO GET COMPISATED.

c) Grounds for dismissal: [ ] frivolous  [ ] malicious  [ ] failure to state a claim upon which relief may be granted.

d) Approximate date of filing lawsuit: _____

e) Approximate date of disposition: _____

2) Are you in imminent danger of serious physical injury? Yes ☒  No ☐.  If your answer is "Yes", please describe the facts in detail below without citing legal authority or argument.

BY BEING INCARCERATED WITH VIOLENT CRIMINALS WITH NO DUE-PROCESS, CONFLICT OF INTREST, AND BY NEGLAGENCE OF THE DEFENDENTS. BY (ILLEAGALY) (ELECTED OFFICALS.)

G. REQUEST FOR RELIEF

1) I believe that I am entitled to the following relief: BECAUSE THE DEFENDENTS VIOLATED MY CIVIL RIGHTS, ITS COST ME 7-YEARS OF INPRISONMENT, THOUSANDS OF DOLLARS IN LEGAL FEES, HAS CAUSED ME TO LOSE MY HOUSE, CARS, ASSETS, HAS CAUSED MY FIANCE AND I TO SPLIT UP THUS RUINING MY MARRAGE, PAIN AND SUFFERING MENTALY AND PHYSICALY, TO MANY THINGS TO LIST NOW, THIS ENTITLES ME TO $1,000,000.00 IN MONITARY DAMAGE AND $2,000,000.00 PUNITIVE AWARD TO ENSURE THAT NO OTHER CITIZENS RIGHTS ARE EVER AGAIN VIOLATED IN THE SAME FASSION AS MINE WERE, ALLSO A ORDER FROM THE COURT TO BE ABLE TO SUE THE DEFENDENTS PROFFESIONALY AS WELL AS IN THIER INDEVEDUAL CAPICITYS.

_Paul Everly_ PRO-SE
Original Signature of Attorney (if any)

_Paul Everly_ PRO-SE
Original Signature of Petitioner

LCF
8607 SE FLOWERMOUND RD.
LAWTON, OKLA. 73501

THIS CIVIL SUIT IS FILED IN GOOD FAITH AND UNDER COLOR OF LAW.

(Attorney's full address and telephone number)

complain.cr (5/30/97)                    PURSUANT TO RCP RULE 84

## DECLARATION UNDER PENALTY OF PERJURY

The undersigned declares (or certifies, verifies, or states) under penalty of perjury that he is the plaintiff in the above action, that he has read the above complaint and that the information contained therein is true and correct. 28 U.S.C. § 1746. 18 U.S.C. § 1621.

Executed at  8607 SE Flowermound RD. LCF Lawton, OKLA,  on  1-14-19.
         (Location)                                                  (Date)

Paul Ewerly PRO-se
Original Signature of Petitioner

1-10-19

Dear, Court Clerk.

The Law Liabray at LCF will not help me very much.

They won't give me any legal advice, do any typeing for me, or give me the proper forms to use.

"Sorry" for any inconvenance this may have caused you.

"Thank-You"

Paul Everly
1-10-19

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF OKLAHOMA

PAUL EVERLY PRO-SE )
)
)
_____ )
Plaintiff(s) ) Case No. _____
vs. WASHINGTON Co. ET-AL )
)
CURTIS DeLAPP ET-AL )
KEVIN BUCHANON ET-AL )
Defendant(s).

## PRAECIPE FOR SUMMONS
(Required by LCvR 4.1)

TO THE CLERK OF SAID COURT:   You will please issue summons in the above entitled cause for the persons listed below and make the same returnable according to law.

| Name of Defendant(s) | Address Serve/Agent | Serve/Agent | Type of Service | Days to Answer |
|---|---|---|---|---|
| CURTIS DeLapp | 420 S. Johnstone Bartlesville, OKLA. | | | |
| | | | | |
| | | | | |
| | | | | |

PAUL EVERLY PRO-SE
Name of Plaintiff or Attorney for Plaintiff   (Please Type or Print)

Paul Everly PRO-SE
Signature (Plaintiff or Attorney)

Telephone No.: _____   Fax No.: _____

8607 SE Flowermound RD,
Street or Mailing Address

LAWTON, OKLA.    73501
City & State                    Zip Code

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF OKLAHOMA

PAUL EVERLY PRO-se

_____ Plaintiff(s)

vs.

WASHINGTON Co ET-AL
CURTIS Belapp ET-AL
KEVIN Buchanon ET-AL Defendant(s).

Case No. _____

### PRAECIPE FOR SUMMONS
(Required by LCvR 4.1)

TO THE CLERK OF SAID COURT: You will please issue summons in the above entitled cause for the persons listed below and make the same returnable according to law.

| Name of Defendant(s) | Address Serve/Agent | Serve/Agent | Type of Service | Days to Answer |
|---|---|---|---|---|
| Kevin Buchanon | 420 S. Johnstone Bartlesville, OKLA. | | | |
| | | | | |
| | | | | |
| | | | | |

PAUL EVERLY PRO-SE
Name of Plaintiff or Attorney for Plaintiff (Please Type or Print)

Paul Everly PRO-SE
Signature (Plaintiff or Attorney)

Telephone No.: _____  Fax No.: _____

8607 SE FLOWERMOUND RD.
Street or Mailing Address

LAWTON, OKLA  73501
City & State                                Zip Code



Paul Every #185359
LCF 4-E-104
8607 SE. Flowermound Rd.
Lawton, Okla. 73501

Post Marked 1/11/19

19 CV 023 CVE - JFJ

Page Belcher Federal Bldg.
United States Court House
District Court Clerk
333 W. 4TH St.
Tulsa, Okla.
74103

RECEIVED
JAN 14 2019
Mark C. McCartt, Clerk
U.S. DISTRICT COURT

LEGAL MAIL



This correspondence is from an inmate under the custody of the Oklahoma Department of Corrections at GEO/LCF. For specific information about the inmate sending date, photo, correspondence, such as projected release date, photo, etc., refer to our website at www.ok.gov/doc. Click on the "Offender Information" link then the "Offender Lookup" link or contact GEO/LCF at 580-351-2778. Further, the facility is not responsible for the substance or content. Objectionable material may be returned to the facility head at GEO/LCF.